JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ZACHARY  BERKOFF-CANE,  WSBN 47988
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1542
Facsimile: (415) 744-0134
E-Mail: zachary.berkoff@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MYRA R. ANZALDO, | ) |
| | ) Case No. 2:23-cv-00196-BNW |
| Plaintiff, | ) |
| | ) |
| v. | ) **UNOPPOSED MOTION FOR** |
| | ) **EXTENSION OF TIME** |
| | ) (***FIRST REQUEST***) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Defendant Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Dkt. No. 18), currently due on July 31, 2023, by 30 days, through and including August 30, 2023.  Defendant further requests that all subsequent deadlines be extended accordingly.

This is Defendant's first request for an extension of time.  Good cause exists for this extension due to Defendant's counsel's workload as described below.  Defendant's counsel has completed five briefs in the past thirty days, and has another seven district court briefs and one Ninth Circuit brief pending in the next thirty days.

1    Additional time is required to review the record, to evaluate the numerous issues raised in

2  Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's

3  response to Plaintiff's motion.  Defendant's counsel will endeavor to complete these tasks as soon as

4  possible.  This request is made in good faith and with no intention to unduly delay the proceedings,

5  and counsel apologizes for any inconvenience.

6    On July 25, 2023, counsel for Defendant conferred with Plaintiff's attorney, who has no

7  opposition to this motion.

8    It is therefore respectfully requested that Defendant be granted an extension of time to respond

9  to Plaintiff's Motion for Reversal and Remand, through and including August 30, 2023.

10

11    Dated: July 25, 2023          Respectfully submitted,

12                      JASON M. FRIERSON
                       United States Attorney
13
                       /s/ Zachary Berkoff-Cane
14                      ZACHARY  BERKOFF-CANE
                       Special Assistant United States Attorney
15

16

17

18                      IT IS SO ORDERED:

19                      _____
                       UNITED STATES MAGISTRATE JUDGE
20

21                      DATED:  __July 26, 2023_____

22

23

24

25

26                              2

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused a copy of the above **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** to be served upon the following by:

**CM/ECF:**

Hal Taylor, Esq.
HalTaylorLawyer@gbis.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 25, 2023

/s/ Zachary Berkoff-Cane
ZACHARY BERKOFF-CANE
Special Assistant United States Attorney

3